# Court of Appeals
# of the State of Georgia

ATLANTA, January 24, 2019

*The Court of Appeals hereby passes the following order:*

**A18A1628. AKASH DIXIT v. TANYA SINGH DIXIT.**

We granted Akash Dixit's application for discretionary review of the trial court's entry of a final divorce decree and award of attorney fees under OCGA § 9-15-14 (b) to his former wife, Tanya Singh Dixit. After careful review of the entire record in this case, we conclude that the application for discretionary review was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.

The appellant has filed a motion to file supplemental brief, and a preemptive motion for extension of deadlines. These motions are hereby DENIED.

*Appeal dismissed. Brown and Goss, JJ., concur.*



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 01/24/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*